**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202



UNITED STATES POSTAGE
August 31, 2015
PITNEY BOWES
02 1P $ 000.35⁰
0000856274   AUG 31 2015
MAILED FROM ZIP CODE 75201

RE:   Case No. 05-15-00582-CV

Style:  Marque Caldwell
   v.   Kathleen Morrow

The time for filing appellant's brief has expired. The appellant is directed to file within ten days both appellant's brief and an extension motion that complies with Tex. R. App. P. 10.1(a) and 10.5(b). If the brief and extension motion are not filed within the time specified this appeal will be dismissed. See Tex. R. App. P. 38.8(a)(1).

Trial Court Case No. C



k

NIXIE        750    FE 1           0009/19/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7520266315Ø      *2034-05108-01-44